### CALDWELL *v.* SITHENS.

*W. Johnson*, one of the partners of. the firm of *Caldwell, Saxon,* & *Johnson*, executed the following note : " *December* 7, 1835. One day after date, due *J. Sithens* 267 dollars and 87 cents for work done on west river bridge. For the company of *W. Caldwell, W. Saxon,* and *W. Johnson.*— By me, *William Johnson.*" *Held,* that this note bound the firm.

ERROR to the *Fayette* Circuit Court.

SULLIVAN, J.—*Sithens* brought an action of assumpsit against *Caldwell, Saxon,* and *Johnson,* on a note in the following form :—

"*December* 7, 1835. One day after date, due *Jesse Sithens* 267 dollars and 87 cents for work done on west river bridge. For the company of *William Caldwell, William Saxon,* and *William Johnson.*—By me *William Johnson.*"

The defendants pleaded the general issue. On the trial, the note was offered in evidence and objected to by defendants ; but the Court admitted it as evidence of the promise laid in the declaration. This is the only error assigned.

This case may be somewhat assimilated to the case of Lord *Galway* v. *Matthew* and *Smithson,* surviving partners of *T. Whitsmith,* in 1 Camp. Rep. 403. In that case, the form of the note sued on was as follows : " *December* 16, 1805. Sixty days after date, I pay Lord *Viscount Galway* or order 200*l.* value received. For *J. Matthew, T. Whitsmith,* and *T. Smithson.*—*J. Matthew.* "

It was contended in that case, as it is in this, that the note was binding only on the person who signed it ; that it was a mere personal undertaking by the signer of the note to pay a sum of money supposed to be due from himself and his copartners. Lord *Ellenborough* held, however, that a note made in that manner was sufficient on the face of it to bind the whole firm.

The copartnership of the defendants is acknowledged, and there can be no doubt, but that *Johnson* had the power to bind the firm.

*Per Curiam.*—The judgment is affirmed with 3 *per cent.* damages and costs.

C. B. *Smith*, for the plaintiff.

O. H. *Smith*, for the defendant.